IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 FEB -8  PM 2:42

DEPUTY CLERK _____

| | | |
|---|---|---|
| STEPHEN SILAS THOMAS, | § | |
| Petitioner, | § | |
| v. | § | 2:14-CV-0025 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On January 17, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be denied. On February 1, 2017, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation, as well any new and/or clarified claims made by petitioner in his pleadings. The Court finds no irregularities affecting the validity of petitioner's conviction or sentence or the constitutionality of his confinement. Petitioner's 1981 state conviction and sentence remains final, intact and enforceable.

The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the petition for a

writ of habeas corpus is DENIED.

      IT IS SO ORDERED.

      ENTERED this _____8_____ day of _____February_____ 2017.

                                                    MARY LOU ROBINSON
                                                    UNITED STATES DISTRICT JUDGE